a part of the purchase price thereof, while plaintiff contended to the contrary. This question was properly submitted to the jury. The verdict for plaintiff for $1,143.54 is not against the weight of evidence, and should not be disturbed. Judgment and order appealed from affirmed, with costs.

---

WILLIAMS, Respondent, v. BRITTANNICA PUB. CO., Appellant.

(City Court of New York, General Term. June 19, 1893.)

Action by Ramon V. Williams against the Brittannica Publishing Company. Argued before McGOWN, VAN WYCK, and FITZSIMONS, JJ.

Smith & White, for appellant.
S. Mallet Prevost, for respondent.

FITZSIMONS, J. Finding no meritorious objection to the judgment herein, it is affirmed, with costs.

---

ISHAM v. POST.

POST v. ISHAM et al.

(Supreme Court, General Term, Second Department. July 28, 1893.)

Appeal from special term, Kings county.

Two actions, one by Henry H. Isham, as trustee, against Augustus T. Post, on whose death the action was revived against Mary E. Post as his administratrix, and the other by Mary E. Post, as administratrix, against Henry H. Isham and others. In the first action (Isham v. Post) judgment was entered in favor of plaintiff, and in the second action (Post v. Isham) the complaint was dismissed. In each case Mary E. Post appeals. Affirmed.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

Agar, Ely & Fulton, (Alfred Ely, of counsel,) for appellant.
Frederick A. Ward, for respondent Isham.
Williams & Ashley, (Clarence D. Ashley, of counsel,) for respondents Ripley and others.

PRATT, J. The opinion at special term (23 N. Y. Supp. 211) sufficiently discusses the law and facts.
Judgment affirmed, with costs.